IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

DR. JOHN BARROW AND
MRS. BETTY BARROW                                                                                      PLAINTIFFS

V.                                                                                    CIVIL ACTION NO. 2:04CV331-B-B

SOUTHAVEN RV CENTER, INC.                                                                         DEFENDANT

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED**

that the plaintiffs' motion for partial summary judgment is **DENIED**;

that the defendant's motion for summary judgment is **DENIED** as to the abandonment claim and is **GRANTED** in all other respects; and

that this case is **dismissed with prejudice**.

This, the 28th day of June, 2006.

/s/ Neal Biggers
_____
**NEAL B. BIGGERS, JR.
SENIOR U.S. DISTRICT JUDGE**